IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FARNITA L. SAUNDERS
and WALISSA COBB,

    Plaintiffs,

v.        CASE NO.: 4:10cv366-SPM/WCS

GADSDEN COUNTY, FLORIDA,

    Defendant.

_____/

## ORDER ON NOTICE OF CONFLICT WITH TRIAL PERIOD

THIS CAUSE comes before the Court for consideration of Defendant's Notice of Conflict with Trial Period (doc. 20). Counsel for Defendant shall advise this Court in writing on August 22, 2011, if the conflict noted still exists.

DONE ORDERED this 25th day of January, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge